ROBERT W. FREEMAN
Nevada Bar No. 3062
Robert.Freeman@lewisbrisbois.com
E. MATTHEW FREEMAN
Nevada Bar No 14198
Matt.Freeman@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendant*
*City of Henderson, Nevada*
*Henderson Police Department and*
*Chief Thedrick Andres*

## DISTRICT COURT

## CLARK COUNTY, NEVADA

***

| | |
|---|---|
| MICHAEL LEWIS, Individually and as Administrator of the Estate of KEVIN LEWIS, Deceased; MICHAEL LEWIS as Guardian Ad Litem of LUKE ARTHUR LEWIS, a minor, and EMBER LYNN LEWIS, a minor, as heirs of the Estate of KEVIN LEWIS, Deceased, <br><br> Plaintiff, <br><br> vs. <br><br> CITY OF HENDERSON, NEVADA, a political subdivision of the State of Nevada: HENDERSON POLICE DEPARTMENT, a political subdivision of the State of Nevada; THEDRICK ANDRES, individually and as policy maker and Chief of CITY OF HENDERSON POLICE DEPARTMENT; DOE HENDERSON POLICE OFFICERS I through X; LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; SHERIFF JOE LOMBARDO, individually and as policy maker of LAS VEGAS METROPOLITAN POLICE DEPARTMENT; DOE LAS VEGAS METROPOLITAN POLICE DEPARTMENT OFFICERS, I through X; DOES I through X; and ROE ENTITIES, I through X, inclusive, <br><br> Defendants. | CASE NO.   2;21-cv-1128-APG-VCF <br><br> **DEFENDANTS CITY OF HENDERSON, NEVADA, HENDERSON POLICE DEPARTMENT AND CHIEF THEDRICK ANDRES' STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE A RESPONSE TO PLAINTIFFS' COMPLAINT** |

**DEFENDANTS CITY OF HENDERSON, NEVADA, HENDERSON POLICE DEPARTMENT AND CHIEF THEDRICK ANDRES' STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE A RESPONSE TO PLAINTIFFS' COMPLAINT**

COME NOW, the parties, by and through their undersigned counsel of record and hereby stipulate and agree that the time for City of Henderson, Nevada, Henderson Police Department, and Chief Thedrick Andres to file their response to Plaintiffs' Complaint, said response being due on July 29, 2021 be extended until August 13, 2021.

**Reason for Extension**

Because of the complexity of the claims made in Plaintiffs' Complaint, Defendants require additional time to perform an investigation prior to filing a responsive pleading. This stipulation is made in good faith and not for the purpose of delay.

This is the first extension of time requested by counsel for filing Defendants response to Plaintiffs' Complaint.

| Dated this 2nd day of August, 2021. | Dated this 2nd day of August, 2021. |
|---|---|
| LEWIS BRISBOIS BISGAARD & SMITH LLP | GERALD I. GILLOCK & ASSOCIATES |
| /s/ *Robert W. Freeman* | /s/ *Gerald I. Gillock* |
| ROBERT W. FREEMAN | GERALD I. GILLOCK |
| Nevada Bar No. 3062 | Nevada Bar No. 51 |
| E. MATTHEW FREEMAN | MICHAEL H. COGGESHALL |
| Nevada Bar No 14198 | Nevada Bar No. 14502 |
| 6385 S. Rainbow Blvd., Suite 600 | 428 South Fourth Street |
| Las Vegas, Nevada 89118 | Las Vegas, Nevada 89101 |
| *Attorney for Defendants* | *Attorneys for Plaintiffs* |
| *City of Henderson, Nevada* | |
| *Henderson Police Department and* | |
| *Chief Thedrick Andres* | |

**ORDER**

IT IS SO ORDERED.

Dated this 2nd day of August, 2021.

_____
CAM FERENBACH
United States Magistrate Judge



2