# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

***

| | |
|---|---|
| MICHAEL LEWIS, Individually and as Administrator of the Estate of KEVIN LEWIS, Deceased; MICHAEL LEWIS as Guardian Ad Litem of LUKE ARTHUR LEWIS, a minor, and EMBER LYNN LEWIS, a minor, as heirs of the Estate of KEVIN LEWIS, Deceased, | 2:21-cv-01128-APG-VCF<br>**<u>ORDER</u>** |

Plaintiff(s),

v.

CITY OF HENDERSON, NEVADA, a political subdivision of the State of Nevada: HENDERSON POLICE DEPARTMENT, a political subdivision of the State of Nevada; THEDRICK ANDRES, individually and as policy maker and Chief of CITY OF HENDERSON POLICE DEPARTMENT; DOE HENDERSON POLICE OFFICERS I through X; LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; SHERIFF JOE LOMBARDO, individually and as policy maker of LAS VEGAS METROPOLITAN POLICE DEPARTMENT; DOE LAS VEGAS METROPOLITAN POLICE DEPARTMENT OFFICERS, I through X; DOES I through X; and ROE ENTITIES, I through X, inclusive,

Defendant(s).

Before me is the motion to extend discovery deadline to amend pleadings and add parties; and for an order shortening time (ECF No. 35).

Accordingly,

1         I ORDER that any opposition to the motion to extend discovery deadline to amend pleadings and

2    add parties; and for an order shortening time (ECF No. 35) must be filed on or before March 8, 2022.  No

3    reply needed.

4         DATED this 1st day of March 2022.

5                                _____

                                 CAM FERENBACH

6                                     UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25