1  ROBERT W. FREEMAN
   Nevada Bar No. 3062
2  Robert.Freeman@lewisbrisbois.com
   E. MATTHEW FREEMAN
3  Nevada Bar No 14198
   Matt.Freeman@lewisbrisbois.com
4  LEWIS BRISBOIS BISGAARD & SMITH LLP
   6385 S. Rainbow Boulevard, Suite 600
5  Las Vegas, Nevada 89118
   702.893.3383
6  FAX: 702.893.3789
   *Attorneys for Defendant*
7  *City of Henderson, Nevada*
   *Henderson Police Department and*
8  *Chief Thedrick Andres*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL LEWIS, Individually and as Administrator of the Estate of KEVIN LEWIS, Deceased; MICHAEL LEWIS as Guardian Ad Litem of LUKE ARTHUR LEWIS, a minor, and EMBER LYNN LEWIS, a minor, as heirs of the Estate of KEVIN LEWIS, Deceased, | CASE NO.  2:21-cv-1128-~~APG~~-VCF  (CDS) **STIPULATION AND ORDER TO EXTEND THE DEADLINE TO FILE DISPOSITIVE MOTIONS** **FIRST REQUEST** |
| Plaintiff | |
| vs. | |
| CITY OF HENDERSON, NEVADA, a political subdivision of the State of Nevada: HENDERSON POLICE DEPARTMENT, a political subdivision of the State of Nevada; THEDRICK ANDRES, individually and as policy maker and Chief of CITY OF HENDERSON POLICE DEPARTMENT; DOE HENDERSON POLICE OFFICERS I through X; LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; SHERIFF JOE LOMBARDO, individually and as policy maker of LAS VEGAS METROPOLITAN POLICE DEPARTMENT; DOE LAS VEGAS METROPOLITAN POLICE DEPARTMENT OFFICERS, I through X; DOES I through X; and ROE ENTITIES, I through X, inclusive, | |
| Defendants | |

130832329.1

## STIPULATION AND ORDER TO EXTEND THE DEADLINE
## TO FILE DISPOSITIVE MOTIONS - FIRST REQUEST

Pursuant to EDCR 2.35, the parties, by and through their respective counsel of record, hereby stipulate and request that this Court extend the deadline to file dispositive motions in the above-captioned case thirty (30) days, up to and including Thursday, December 7, 2023.

This Request for an extension of time is not sought for any improper purpose or other purpose of delay. This request for extension is based upon the following:

Due to the size and complexities of the issues in the case, Defendants City of Henderson, et al. seek additional time to time file their dispositive motion.

WHEREFORE, the parties respectfully request that this Court extend the time for the parties to file their dispositive motions by thirty (30) days from the current deadline of November 7, 2023 up to and including December 7, 2023.

Dated this 17th day of October, 2023.

LEWIS BRISBOIS BISGAARD & SMITH LLP

*/s/ Robert W. Freeman*
ROBERT W. FREEMAN
Nevada Bar No. 3062
E. MATTHEW FREEMAN
Nevada Bar No 14198
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
*Attorney for Defendants
City of Henderson, Nevada
Henderson Police Department and
Chief Thedrick Andres*

Dated this 17th day of October, 2023.

CLARK HILL, PLLC

*/s/ Timothy R. O'Reilly*
TIMOTHY R. O'REILLY, CHTD
TIMOTHY R. O'REILLY
Nevada Bar No. 8866
TRACIE M. JEFCIK
Nevada Bar No. 15575
325 S. Maryland Parkway
Las Vegas, Nevada 89101

PAOLA M. ARMENI
Nevada Bar No. 8327
3800 Howard Hughes Pkwy., Suite 500
Las Vegtas, Nevada 89169

GERALD I. GILLOCK & ASSOCIATES
GERALD I. GILLOCK
Nevada Bar No. 51
ALEXANDER J. SMITH
Nevada Bar No. 14502
428 South Fourth Street
Las Vegas, Nevada 89101

*Attorneys for Plaintiffs*

Dated this 17th day of October, 2023.

KAEMPFER CROWELL

*/s/ Lyssa S. Anderson*
LYSSA S. ANDERSON
Nevada Bar No. 5781
RYAN W. DANIELS
Nevada Bar No. 13094
KRISTOPHER J. KALKOWSKI
Nevada Bar No. 14892
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
*Attorneys for Defendants*
*LVMPD and Sheriff Joseph Lombardo*

### ORDER

Based on the stipulation of the parties, IT IS ORDERED that the deadline to file dispositive motions is extended up to and including December 7, 2023.

_____
UNITED STATES DISTRICT JUDGE

Dated: October 18, 2023