GERALD I. GILLOCK, ESQ., NV Bar No. 51
**GERALD I. GILLOCK & ASSOCIATES**
428 South Fourth Street
Las Vegas, Nevada 89101
(702) 385-1482
gillock@gmk-law.com

PAOLA M. ARMENI, ESQ., NV Bar No. 8357
**CLARK HILL PLLC**
1700 S. Pavilion Center Drive, Ste. 500
Las Vegas, NV 89135
(702) 697-7509
parmeni@clarkhill.com

TIMOTHY R. O'REILLY, ESQ., NV Bar No. 8866
**TIMOTHY R. O'REILLY, CHTD.**
325 S. Maryland Parkway
Las Vegas, Nevada 89101
(702) 382-2500
efile@torlawgroup.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHAEL LEWIS, Individually and as Administrator of the Estate of Kevin Lewis, Deceased, MICHAEL LEWIS as Guardian Ad Litem of LUKE ARTHUR LEWIS, a minor, and EMBER LYNN LEWIS, a minor, as heirs of the Estate of KEVIN LEWIS, Deceased, <br><br>                    Plaintiff, <br> vs. <br><br> CITY OF HENDERSON, NEVADA, a political subdivision of the State of Nevada; HENDERSON POLICE DEPARTMENT, a political subdivision of the State of Nevada; THEDRICK ANDRES, individually and as policy maker and Chief of CITY OF HENDERSON POLICE DEPARTMENT; DOE HENDERSON POLICE OFFICERS I through X; LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; SHERIFF JOE LOMBARDO, individually and as policy maker of LAS VEGAS METROPOLITAN POLICE DEPARTMENT; DOE LAS VEGAS METROPOLITAN POLICE DEPARTMENT OFFICERS, I through X: DOES I through X; and ROE ENTITIES, I through X, inclusive, <br>                    Defendants. | Case No. 2:21-cv-01128-APG-VCF <br><br><br> **MOTION TO REMOVE COUNSEL** |

1

Plaintiffs, MICHAEL LEWIS, Individually and as Administrator of the Estate of Kevin Lewis, Deceased, MICHAEL LEWIS as Guardian Ad Litem of LUKE ARTHUR LEWIS, a minor, and EMBER LYNN LEWIS, a minor, as heirs of the Estate of KEVIN LEWIS, Deceased, by and through their counsel of record at the law firm of GERALD I. GILLOCK & ASSOCIATES, request that the Court remove Alexander J. Smith, Esq., Nevada Bar No. 15484, as counsel of record for Plaintiffs because he no longer works for the firm. Thus, Plaintiffs request that the Clerk of Court remove Alexander J. Smith, Esq., from CM/ECF as counsel so that he no longer receives electronic service of materials filed in this action.

DATED this 1st day of November, 2023.

**GERALD I. GILLOCK & ASSOCIATES**

By: /s/ Gerald I. Gillock
GERALD I. GILLOCK, ESQ.
Nevada Bar No. 51
428 South Fourth Street
Las Vegas, NV 89101

*Attorneys for Plaintiffs*

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

DATED  11-2-2023

2

**CERTIFICATE OF SERVICE**

I certify that I am an employee of Gerald I. Gillock & Associates and that on November 1, 2023, in accord with Local Rule 5-4 and with Rule 5(b)(2), Federal Rules of Civil Procedure, I filed electronically the above document via the court's electronic filing system, CM/ECF. A party who is registered with CM/ECF is served automatically via electronic means. Those who are not registered electronically are served with a copy of the above document by the United States Postal Service.

Lyssa S. Anderson, Esq.
Ryan W. Daniels, Esq.
Kristopher J. Kalkowski, Esq.
Kaempfer Crowell
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
*Attorneys for Defendants LVMPD
and Sheriff Joseph Lombardo*

Robert W. Freeman, Esq.
E. Matthew Freeman, Esq.
Lewis Brisbois Bisgaard & Smith LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendants City of Henderson, City of Henderson Police Department, and Chief Thedrick Andres*

                           */s/ Gaby Chavez*
                           An Employee of GERALD I. GILLOCK & ASSOCIATES