**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHAEL LEWIS, Individually and as Administrator of the Estate of Kevin Lewis, Deceased, MICHAEL LEWIS as Guardian Ad Litem of LUKE ARTHUR LEWIS, a minor, and EMBER LYNN LEWIS, a minor, as heirs of the Estate of KEVIN LEWIS, Deceased,<br><br>                Plaintiff(s),<br><br>v.<br><br>CITY OF HENDERSON, NEVADA, a political subdivision of the State of Nevada; HENDERSON POLICE DEPARTMENT, a political subdivision of the State of Nevada; THEDRICK ANDRES, individually and as policy maker and Chief of CITY OF HENDERSON POLICE DEPARTMENT; DOE HENDERSON POLICE OFFICERS I through X; LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; SHERIFF JOE LOMBARDO, individually and as policy maker of LAS VEGAS METROPOLITAN POLICE DEPARTMENT; DOE LAS VEGAS METROPOLITAN POLICE DEPARTMENT OFFICERS, I through X: DOES I through X; and ROE ENTITIES, I through X, inclusive,<br><br>                Defendant(s). | 2:21-cv-01128-CDS-VCF<br><br>**<u>ORDER</u>** |

Before me are the stipulation and order to extend deadline to file dispositive motions and pretrial order (ECF No. 62) and the joint motion requesting a settlement conference with the magistrate judge (ECF No. 63).

Accordingly,

1

1  I ORDER that the stipulation and order to extend deadline to file dispositive motions and pretrial
2  order (ECF No. 62), is GRANTED.  The deadlines to file dispositive motions and proposed joint pretrial
3  order are VACATED, and will be reset if necessary, after the settlement conference.
4  I FURTHER ORDER that the joint motion requesting a settlement conference with the magistrate
5  judge (ECF No. 63), is GRANTED.
6  I am scheduled to retire on January 7, 2024, and my successor will be sworn in on January 8, 2024.
7  I am not able to schedule a settlement conference before my retirement.  The parties may expect entry of
8  an order scheduling the settlement conference in this case after January 7, 2024.

10  DATED this 16th day of November 2023.

    _____
    CAM FERENBACH
    UNITED STATES MAGISTRATE JUDGE