1  PAOLA M. ARMENI, ESQ.
   Nevada Bar No. 8357
2  Email: parmeni@clarkhill.com
   **CLARK HILL PLLC**
3  1700 S. Pavilion Center Drive, Suite #500
   Las Vegas, Nevada 89135
4  Tel:  (702) 862-8300
   Fax: (702) 778-9709
5  *Attorneys for Plaintiffs*

6              **UNITED STATES DISTRICT COURT**

7                   **DISTRICT OF NEVADA**

8  MICHAEL    LEWIS,    Individually   and   as          CASE NO.  2:21-cv-01128-CDS-~~VCF~~  DJA
   Administrator  of  the  Estate  of  Kevin  Lewis,
9  Deceased,  MICHAEL  LEWIS  as  Guardian  Ad
   Litem of L.A.L, a minor, and E.L.L., a minor, as
10 heirs of the Estate of KEVIN LEWIS, Deceased,

11                        Plaintiff
   vs.
12                                                        **STIPULATION AND ORDER TO**
   CITY OF HENDERSON, NEVADA, a political                 **EXTEND DEADLINE TO FILE**
13 subdivision    of    the    State    of    Nevada;     **STIPULATED DISMISSAL**
   HENDERSON    POLICE    DEPARTMENT,    a                **(1st Request)**
14 political subdivision of the State of Nevada;
   THEDRICK ANDRES, individually and as policy
15 maker and Chief of CITY OF HENDERSON
   POLICE DEPARTMENT; DOE HENDERSON
16 POLICE OFFICERS I through X; LAS VEGAS
   METROPOLITAN POLICE DEPARTMENT, a
17 political subdivision of the State of Nevada;
   SHERIFF JOE LOMBARDO, individually and as
18 policy maker of LAS VEGAS METROPOLITAN
   POLICE DEPARTMENT; DOE LAS VEGAS
19 METROPOLITAN   POLICE   DEPARTMENT
   OFFICERS, I through X: DOES I through X; and
20 ROE ENTITIES, I through X, inclusive,

21                       Defendants

22

23          IT IS HEREBY STIPULATED by and between Plaintiff Michael Lewis, Individually, as

24 Administrator of the Estate of Kevin Lewis, Deceased, and as Guardian Ad Litem of L.A.L, a

25 minor, and E.L.L., a minor, as heirs of the Estate of Kevin Lewis, Deceased, by and through their

26 counsel Paola M. Armeni, Esq., of the law firm Clark Hill, PLLC, and Defendants City of

27 Henderson, Henderson Police Department,  and Chief Thedrick Andres, by and through their

28 counsel, Robert W. Freeman, Jr. Esq., of the law firm Lewis Brisbois Bisgaard & Smith, LLP, that

                                    1 of 2

the deadline to file the Stipulated Dismissal currently due May 29, 2024, be continued for an additional thirty (30) days, up to and including June 28, 2024.

The parties request the extension of the deadline to file the stipulated dismissal due to waiting for the Petition for Minor's Compromise to be approved that was filed on May 20, 2024 [ECF 76].

This request for extension is made in good faith and not for the purposes of delay.

APPROVED AS TO FORM AND CONTENT.

Respectfully submitted this 28th day of May 2024.

CLARK HILL, PLLC

LEWIS BRIOSBOIS BISGAARD & SMITH LLP

 /s/ Paola M. Armeni, Esq.
PAOLA M. ARMENI
Nevada Bar No. 8327
1700 S. Pavilion Center Dr. Ste. 500
Las Vegas, Nevada 89135

 /s/ Robert W. Freeman, Esq.
ROBERT W. FREEMAN
Nevada Bar No. 3062
E. MATTHEW FREEMAN
Nevada Bar No. 14198
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
Attorneys for Defendants City of Henderson, Nevada; Henderson Police Department; and Chief Thedrick Andres

GERALD I. GILLOCK & ASSOCIATES
GERALD I. GILLOCK
Nevada Bar No. 51
MICHAEL H. COGGESHALL
Nevada Bar No. 14502
428 South Fourth Street
Las Vegas, Nevada 89101

TIMOTHY R. O'REILLY, CHTD.
TIMOTHY R. O'REILLY
Nevada Bar No. 8866
TRACIE M. JEFCIK
Nevada Bar No. 15575
325 S. Maryland Parkway
Las Vegas, Nevada 89101
Attorneys for Plaintiffs

**IT IS SO ORDERED:**

_____
U.S. DISTRICT JUDGE

DATED:__May 28, 2024___

2 of 2

CLARKHILL\L0860\440620\277501247.v1-5/28/24