|    |                                                                                                                               |
|----|-------------------------------------------------------------------------------------------------------------------------------|
| 1  | PAOLA M. ARMENI, ESQ.                                                                                                         |
|    | Nevada Bar No. 8357                                                                                                           |
| 2  | Email: parmeni@clarkhill.com                                                                                                  |
|    | **CLARK HILL PLLC**                                                                                                           |
| 3  | 1700 S. Pavilion Center Drive, Suite #500                                                                                     |
|    | Las Vegas, Nevada 89135                                                                                                       |
| 4  | Tel:  (702) 862-8300                                                                                                          |
|    | Fax: (702) 778-9709                                                                                                           |
| 5  | *Attorneys for Plaintiffs*                                                                                                    |

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| MICHAEL LEWIS, Individually and as Administrator of the Estate of Kevin Lewis, Deceased, MICHAEL LEWIS as Guardian Ad Litem of L.A.L, a minor, and E.L.L., a minor, as heirs of the Estate of KEVIN LEWIS, Deceased, | CASE NO. 2:21-cv-01128-CDS-~~VCF~~ DJA |
|---|---|
| Plaintiff | **STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE STIPULATED DISMISSAL** |
| vs. | **(2nd Request)** |
| CITY OF HENDERSON, NEVADA, a political subdivision of the State of Nevada; HENDERSON POLICE DEPARTMENT, a political subdivision of the State of Nevada; THEDRICK ANDRES, individually and as policy maker and Chief of CITY OF HENDERSON POLICE DEPARTMENT; DOE HENDERSON POLICE OFFICERS I through X; LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; SHERIFF JOE LOMBARDO, individually and as policy maker of LAS VEGAS METROPOLITAN POLICE DEPARTMENT; DOE LAS VEGAS METROPOLITAN POLICE DEPARTMENT OFFICERS, I through X: DOES I through X; and ROE ENTITIES, I through X, inclusive, | |
| Defendants | |

IT IS HEREBY STIPULATED by and between Plaintiff Michael Lewis, Individually, as Administrator of the Estate of Kevin Lewis, Deceased, and as Guardian Ad Litem of L.A.L, a minor, and E.L.L., a minor, as heirs of the Estate of Kevin Lewis, Deceased, by and through their counsel Paola M. Armeni, Esq., of the law firm Clark Hill, PLLC, and Defendants City of Henderson, Henderson Police Department, and Chief Thedrick Andres, by and through their counsel, Robert W. Freeman, Jr. Esq., of the law firm Lewis Brisbois Bisgaard & Smith, LLP, that the deadline to file the Stipulated Dismissal currently due June 28, 2024, be continued for an

additional thirty (30) days, up to and including July 28, 2024.

The parties request the extension of the deadline to file the stipulated dismissal due to waiting for the Petition for Minor's Compromise to be approved that was filed on May 20, 2024 [ECF 76].

This request for extension is made in good faith and not for the purposes of delay.

APPROVED AS TO FORM AND CONTENT.

Respectfully submitted this 27th day of June 2024.

| CLARK HILL, PLLC | LEWIS BRIOSBOIS BISGAARD & SMITH LLP |
|---|---|
| /s/ Paola M. Armeni, Esq.<br>PAOLA M. ARMENI<br>Nevada Bar No. 8327<br>1700 S. Pavilion Center Dr. Ste. 500<br>Las Vegas, Nevada 89135<br><br>GERALD I. GILLOCK & ASSOCIATES<br>GERALD I. GILLOCK<br>Nevada Bar No. 51<br>MICHAEL H. COGGESHALL<br>Nevada Bar No. 14502<br>428 South Fourth Street<br>Las Vegas, Nevada 89101<br><br>TIMOTHY R. O'REILLY, CHTD.<br>TIMOTHY R. O'REILLY<br>Nevada Bar No. 8866<br>TRACIE M. JEFCIK<br>Nevada Bar No. 15575<br>325 S. Maryland Parkway<br>Las Vegas, Nevada 89101<br>Attorneys for Plaintiffs | /s/ Robert W. Freeman, Esq.<br>ROBERT W. FREEMAN<br>Nevada Bar No. 3062<br>E. MATTHEW FREEMAN<br>Nevada Bar No. 14198<br>6385 S. Rainbow Blvd., Suite 600<br>Las Vegas, Nevada 89118<br>Attorneys for Defendants City of Henderson, Nevada; Henderson Police Department; and Chief Thedrick Andres |

**IT IS SO ORDERED**, nunc pro tunc.

_____
U.S. DISTRICT JUDGE

DATED: July 17, 2024