PAOLA M. ARMENI, ESQ.
Nevada Bar No. 8357
Email: parmeni@clarkhill.com
**CLARK HILL PLLC**
1700 S. Pavilion Center Drive, Suite #500
Las Vegas, Nevada 89135
Tel: (702) 862-8300
Fax: (702) 778-9709
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL LEWIS, Individually and as Administrator of the Estate of Kevin Lewis, Deceased, MICHAEL LEWIS as Guardian Ad Litem of L.A.L, a minor, and E.L.L., a minor, as heirs of the Estate of KEVIN LEWIS, Deceased,<br><br>Plaintiff<br>vs.<br><br>CITY OF HENDERSON, NEVADA, a political subdivision of the State of Nevada; HENDERSON POLICE DEPARTMENT, a political subdivision of the State of Nevada; THEDRICK ANDRES, individually and as policy maker and Chief of CITY OF HENDERSON POLICE DEPARTMENT; DOE HENDERSON POLICE OFFICERS I through X; LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; SHERIFF JOE LOMBARDO, individually and as policy maker of LAS VEGAS METROPOLITAN POLICE DEPARTMENT; DOE LAS VEGAS METROPOLITAN POLICE DEPARTMENT OFFICERS, I through X: DOES I through X; and ROE ENTITIES, I through X, inclusive,<br><br>Defendants | CASE NO. 2:21-cv-01128-CDS-DJA<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE STIPULATED DISMISSAL**<br>(4th Request)<br><br>[ECF No. 93] |

IT IS HEREBY STIPULATED by and between Plaintiff Michael Lewis, Individually, as Administrator of the Estate of Kevin Lewis, Deceased, and as Guardian Ad Litem of L.A.L, a minor, and E.L.L., a minor, as heirs of the Estate of Kevin Lewis, Deceased, by and through their counsel Paola M. Armeni, Esq., of the law firm Clark Hill, PLLC, and Defendants City of Henderson, Henderson Police Department, and Chief Thedrick Andres, by and through their counsel, Robert W. Freeman, Jr. Esq., of the law firm Lewis Brisbois Bisgaard & Smith, LLP, that the deadline to file the Stipulated Dismissal currently due August 27, 2024, be continued

for an additional thirty (30) days, up to and including September 26, 2024.

The Order Granting the Minors' Compromise was filed on July 22, 2024; however, the parties require additional time to file the stipulated dismissal due to the Defendant, City of Henderson, requiring a Conditional Payment Letter from Medicare for the deceased, Kevin Lewis, prior to issuing the settlement checks to the Plaintiff. As of August 26, 2024, Plaintiffs' counsel has not received a Conditional Payment Letter from Medicare.

This request for extension is made in good faith and not for the purposes of delay.

APPROVED AS TO FORM AND CONTENT.

Respectfully submitted this 27th day of August 2024.

| | |
|---|---|
| CLARK HILL, PLLC | LEWIS BRIOSBOIS BISGAARD & SMITH LLP |
| /s/ Paola M. Armeni, Esq.<br>PAOLA M. ARMENI<br>Nevada Bar No. 8327<br>1700 S. Pavilion Center Dr. Ste. 500<br>Las Vegas, Nevada 89135 | /s/ Robert W. Freeman, Esq.<br>ROBERT W. FREEMAN<br>Nevada Bar No. 3062<br>E. MATTHEW FREEMAN<br>Nevada Bar No. 14198<br>6385 S. Rainbow Blvd., Suite 600<br>Las Vegas, Nevada 89118<br>Attorneys for Defendants City of Henderson, Nevada; Henderson Police Department; and Chief Thedrick Andres |
| GERALD I. GILLOCK & ASSOCIATES<br>GERALD I. GILLOCK<br>Nevada Bar No. 51<br>MICHAEL H. COGGESHALL<br>Nevada Bar No. 14502<br>428 South Fourth Street<br>Las Vegas, Nevada 89101 | |
| TIMOTHY R. O'REILLY, CHTD.<br>TIMOTHY R. O'REILLY<br>Nevada Bar No. 8866<br>TRACIE M. JEFCIK<br>Nevada Bar No. 15575<br>325 S. Maryland Parkway<br>Las Vegas, Nevada 89101<br>Attorneys for Plaintiffs | |

Based on the parties' stipulation, the deadline to file a stipulation of dismissal is extended, nunc pro tunc, to September 26, 2024.

_____
U.S. DISTRICT JUDGE
Dated: September 4, 2024