PAOLA M. ARMENI, ESQ.
Nevada Bar No. 8357
Email: parmeni@clarkhill.com
**CLARK HILL PLLC**
1700 S. Pavilion Center Drive, Suite #500
Las Vegas, Nevada 89135
Tel: (702) 862-8300
Fax: (702) 778-9709
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHAEL LEWIS, Individually and as Administrator of the Estate of Kevin Lewis, Deceased, MICHAEL LEWIS as Guardian Ad Litem of L.A.L, a minor, and E.L.L., a minor, as heirs of the Estate of KEVIN LEWIS, Deceased,<br><br>Plaintiff<br><br>vs.<br><br>CITY OF HENDERSON, NEVADA, a political subdivision of the State of Nevada; HENDERSON POLICE DEPARTMENT, a political subdivision of the State of Nevada; THEDRICK ANDRES, individually and as policy maker and Chief of CITY OF HENDERSON POLICE DEPARTMENT; DOE HENDERSON POLICE OFFICERS I through X; LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; SHERIFF JOE LOMBARDO, individually and as policy maker of LAS VEGAS METROPOLITAN POLICE DEPARTMENT; DOE LAS VEGAS METROPOLITAN POLICE DEPARTMENT OFFICERS, I through X: DOES I through X; and ROE ENTITIES, I through X, inclusive,<br><br>Defendants | CASE NO. 2:21-cv-01128-CDS-DJA<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

COMES NOW Plaintiff Michael Lewis, Individually, as Administrator of the Estate of Kevin Lewis, Deceased, and as Guardian Ad Litem of L.A.L, a minor, and E.L.L., a minor, as heirs of the Estate of Kevin Lewis, Deceased, by and through their counsel Paola M. Armeni, Esq., of the law firm Clark Hill, PLLC, and Defendants City of Henderson, Henderson Police Department, and Chief Thedrick Andres, by and through their counsel, Robert W. Freeman, Jr. Esq., of the law firm Lewis Brisbois Bisgaard & Smith, LLP, and hereby agree and stipulate to

the dismissal of Plaintiffs' claims against Defendants with prejudice. The parties have met the conditions of settlement and each party will bear their own attorney's fees and cost.

APPROVED AS TO FORM AND CONTENT.

Respectfully submitted this 28th day of October 2024.

| CLARK HILL, PLLC | LEWIS BRIOSBOIS BISGAARD & SMITH LLP |
|---|---|
| /s/ Paola M. Armeni, Esq.<br>PAOLA M. ARMENI<br>Nevada Bar No. 8327<br>1700 S. Pavilion Center Dr. Ste. 500<br>Las Vegas, Nevada 89135 | /s/ Robert W. Freeman, Esq.<br>ROBERT W. FREEMAN<br>Nevada Bar No. 3062<br>E. MATTHEW FREEMAN<br>Nevada Bar No. 14198<br>6385 S. Rainbow Blvd., Suite 600<br>Las Vegas, Nevada 89118<br>Attorneys for Defendants City of Henderson, Nevada; Henderson Police Department; and Chief Thedrick Andres |
| GERALD I. GILLOCK & ASSOCIATES<br>GERALD I. GILLOCK<br>Nevada Bar No. 51<br>MICHAEL H. COGGESHALL<br>Nevada Bar No. 14502<br>428 South Fourth Street<br>Las Vegas, Nevada 89101 | |
| TIMOTHY R. O'REILLY, CHTD.<br>TIMOTHY R. O'REILLY<br>Nevada Bar No. 8866<br>TRACIE M. JEFCIK<br>Nevada Bar No. 15575<br>325 S. Maryland Parkway<br>Las Vegas, Nevada 89101<br>Attorneys for Plaintiffs | |

Based on the parties' stipulation, this case is dismissed with prejudice, with each party to bear its own costs and fees. The Clerk of Court is kindly instructed to close this case.

_____
U.S. DISTRICT JUDGE

DATED: November 4, 2024

**Error! Unknown document property name.**
**Error! Unknown document property name.**